CHt

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08CV2408**
**JUDGE KENDALL**
**MAG. JUDGE VALDEZ**

In the Matter of

Iris D. Thomas

v

The County of Cook, dba John H. Stroger, Jr. Hospital of Cook County-

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Iris D. Thomas

---

SIGNATURE: [signature]

FIRM: Dinizulu Law Group, Ltd.

STREET ADDRESS: 203 North LaSalle Suite 2100

CITY/STATE/ZIP: Chicago IL 60601

ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS):

TELEPHONE NUMBER: (312) 782-4117

FILED
APR 21 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐