## United States District Court for the Northern District of Illinois

Case Number: 08CV2408          Assigned/Issued By: DAJ

Judge Name:                    Designated Magistrate Judge:

---

**FEE INFORMATION**

*Amount Due:*   ☐ $350.00      ☐ $39.00       ☐ $5.00

☐ IFP           ☐ No Fee       ☐ Other _____

☐ $455.00

Number of Service Copies _____      Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____          Receipt #: _____

Date Payment Rec'd: _____         Fiscal Clerk: _____

---

**ISSUANCES**

☑ Summons                                ☐ Alias Summons

☐ Third Party Summons                    ☐ Lis Pendens

☐ Non Wage Garnishment Summons           ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons     _____
                                         _____
☐ Citation to Discover Assets            (Victim, Against and $ Amount)

☐ Writ _____
        (Type of Writ)

  1   Original and   0   copies on  05/19/08   as to  COUNTY OF COOK
                                     (Date)

---

C:\wpwin80\docket\feeinfo.frm      03/14/05