## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Iris D. Thomas

                              Plaintiff,

v.                                              Case No.: 1:08–cv–02408
                                                Honorable Virginia M. Kendall

County of Cook, The

                              Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 25, 2008:

     MINUTE entry before the Honorable Virginia M. Kendall dated 6/25/08:Status hearing held on 6/25/2008, and continued to 8/25/2008 at 09:00 AM. Parties are to file with the Court a joint initial status report three days in advance of the status date, with a courtesy copy to Chambers, Room 2378.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.