# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Iris D. Thomas

                          Plaintiff,

v.                                            Case No.: 1:08–cv–02408
                                              Honorable Virginia M. Kendall

County of Cook, The

                          Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 25, 2008:

     MINUTE entry before the Honorable Virginia M. Kendall:Status hearing held on 8/25/2008. Answer to the complaint due by 09/02/08. If a motion to dismiss is filed in lieu of answer, response to said motion due by 09/16/08; reply due by 09/23/08. Fact discovery to close 01/26/09. Dispositive motions to filed 02/26/09.Mailed notice(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.