# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IRIS THOMAS, | ) | |
| | ) | |
| Plaintiffs, | ) | No. 08 C 2408 |
| | ) | |
| v. | ) | The Honorable Judge |
| | ) | Virginia Kendall |
| COOK COUNTY HOSPITAL | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

To:   Yao Dinizulu
      Dinizulu Law Group
      203 N. LaSalle Street Suite 2100
      Chicago, Illinois 60601

**PLEASE TAKE NOTICE** that on September 2, 2008, I caused the attached Answer, Affirmative Defenses and Jury Demand to be filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division on behalf of Defendant County of Cook.

**RICHARD A. DEVINE**
**State's Attorney of Cook County**

By:   **s/MICHAEL D. JACOBS**
      **MICHAEL D. JACOBS**
      Assistant State's Attorney
      Labor and Employment Litigation Division
      500 Richard J. Daley Center
      Chicago, Illinois 60602
      (312) 603-3401

## CERTIFICATE OF SERVICE

**I, MICHAEL D. JACOBS,** Assistant State's Attorney, hereby certify that I electronically filed the foregoing Answer, Affirmative Defenses and Jury Demand with the Clerk of the United States District Court using the CM/ECF system which will send notification of such filing to the above referenced individuals on September 2, 2008 if possible. An additional copy was served via U.S. Mail by dropping a copy in the U.S. Mail with proper postage affixed prior to 5:00 p.m. on September 2, 2008.

**s/MICHAEL D. JACOBS**
**MICHAEL D. JACOBS**